Case 1:20-mj-05791-UA   Document 3   Filed 06/03/20   Page 1 of 1

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

EDWIN CRUZ ,
                     Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

_____-CR-_____(___)(___)
20 MAG 5791

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

✓ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

✓ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_[signature]_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

EDWIN CRUZ
Print Defendant's Name

_[signature]_
Defense Counsel's Signature

RICHARD H. Rosenberg
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_[signature]_

6/3/2020
Date

U.S. District Judge/U.S. Magistrate Judge